# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Mag. No.: 08-6079-02 |
| Plaintiff, | : | |
| v. | : | |
| DAVID VARGAS, | : | **CONSENT ORDER** |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Alexander W. Booth, Attorney for David Vargas for an Order allowing the release of defendant David Vargas, Dennis Carletta, AUSA and Steve Casale, United States Pretrial Services having entered consent below, and for good cause shown;

IT IS on this ___ day of _____, 2009

ORDERED that the Mr. Vargas be released on the following conditions that were in affect on the Order Setting Conditions of Release dated June 19, 2008:

- Mr. Vargas shall not commit any offense in violation of federal, state or local law while on release in this case.

- Execute an agreement to post designated property. Local rule is waived.

- Bail be fixed at one hundred thousand dollars ($100,000.00).

- Upon release Mr. Vargas immediately report to Pretrial Services ("PTS") and report at advised thereafter.

- Mr. Vargas be released into the third party custody of his mother Mercedes Colon-Vargas and maintain residence at 106 Danbury Court, East Windsor, New Jersey.

- Mr. Vargas travel is restricted to New Jersey.

- Mr. Vargas surrenders his passport to PTS if he has not done so already, and obtains no new one.

- Mr. Vargas have drug or alcohol testing/treatment as deemed by PTS.

- Mr. Vargas is to participate in home detention with electronic monitoring; he will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office of supervising officer.

- Mr. Vargas is to address any outstanding warrants; and it is further **ORDERED** that the United States Marshal release Mr. Vargas after processing.

William H. Walls, U.S.D.J.

I hereby consent to the form and substance of this Order.

DENNIS CARLETTA

Dennis Carletta, AUSA

Dated: January 14, 2009

I hereby consent to the form and substance of this Order.

STEVEL CASALE — Pretrial Services

Steve Casale, USP

Dated: January 14, 2009

2